IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MATTHEW HOPKINS, | ) |
|     Plaintiff, | ) ) ) ) Case No. 2:21-cv-05613-KSM |
| v. | ) ) |
| ROGERS CORPORATION, BRUCE D. HOECHNER, KEITH L. BARNES, MEGAN FAUST, CAROL R. JENSEN, KEITH LARSON, GANESH MOORTHY, JEFFREY J. OWENS, HELENE SIMONET, and PETER C. WALLACE, | ) ) ) ) ) ) ) |
|     Defendants. | ) |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses this action ("Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: January 28, 2022

**GRABAR LAW OFFICE**

By: *Joshua H. Grabar*
Joshua H. Grabar (#82525)
One Liberty Place
1650 Market Street, Suite 3600
Philadelphia, PA 19103
(267) 507-6085
jgrabar@grabarlaw.com

*Counsel for Plaintiff*